

1  McGREGOR W. SCOTT
   United States Attorney
2  ROBERT J. ARTUZ
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile:  (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

8                   IN THE UNITED STATES DISTRICT COURT

9                      EASTERN DISTRICT OF CALIFORNIA

10

11 | IN THE MATTER OF THE APPLICATION    | CASE NO. 2:18-SW-511   EFB
   | OF THE UNITED STATES OF AMERICA     |
12 | FOR AN ORDER PURSUANT TO § 2703(d)  |
   | RE: EMAIL ACCOUNTS IDENTIFIED BY    | [PROPOSED] ORDER
13 | BTSPRESENTS@GMAIL.COM AND           |
14 | SACLIVEPRESENTS@GMAIL.COM           | **UNDER SEAL**

15

16                              **ORDER**

17     The United States has submitted an application pursuant to 18 U.S.C. § 2703(d), requesting that

18 the Court issue an Order requiring Google LLC, an electronic communications service provider and/or a

19 remote computing service located in 1600 Amphitheatre Parkway in Mountain View, California, to

20 disclose the records and other information described in Attachment A to this Order.

21     The Court finds that the United States has offered specific and articulable facts showing that

22 there are reasonable grounds to believe that the records or other information sought are relevant and

23 material to an ongoing criminal investigation.

24     The Court determines that there is reason to believe that notification of the existence of this

25 Order will seriously jeopardize the ongoing investigation, including by giving targets an opportunity to

26 flee or continue flight from prosecution, destroy or tamper with evidence, change patterns of behavior,

27 or notify confederates. See 18 U.S.C. § 2705(b)(2), (3), (5).

28     IT IS THEREFORE ORDERED, pursuant to 18 U.S.C. § 2703(d), that Google LLC shall, within

ten days of the date of this Order, disclose to the United States the records and other information described in Attachment A to this Order.

IT IS FURTHER ORDERED under 18 U.S.C. § 2705(b) that Google LLC shall not disclose the existence of the application of the United States, or the existence of this Order of the Court, to the subscribers of the account(s) listed in Attachment A, or to any other person, for 180 days from the date of the order, unless extended, except that Google LLC may disclose this Order to an attorney for Google LLC for the purpose of receiving legal advice.

Dated: June 13, 2018

Hon. Edmund F. Brennan
U.S. MAGISTRATE JUDGE

# ATTACHMENT A

I. **The Account(s)**

The Order applies to certain records and information associated with the EMAIL ACCOUNTS identified by BTSPRESENTS@GMAIL.COM AND SACLIVEPRESENTS@GMAIL.COM.

II. **Records and Other Information to Be Disclosed**

Google LLC is required to disclose the following records and other information, if available, to the United States for each account or identifier listed in Part I of this Attachment ("Account"), for the time period 11/01/2015 to the present:

A. The following information about the customers or subscribers of the Account:
   1. Names (including subscriber names, user names, and screen names);
   2. Addresses (including mailing addresses, residential addresses, business addresses, and e-mail addresses);
   3. Phone connection records, including but not limited to records associated with Google Voice;
   4. Records of session times and durations, and the temporarily assigned network addresses (such as Internet Protocol ("IP") addresses) associated with those sessions;
   5. Length of service (including start date) and types of service(s) utilized;
   6. Phone or instrument numbers (including MAC addresses);
   7. Other subscriber numbers or identities (including the registration Internet Protocol ("IP") address), including but not limited to cookie information that identifies other subscriber accounts and identities associated with each Account; and
   8. Means and source of payment for such service (including any credit card or bank account number) and billing records.

B. All records and other information (not including the contents of communications) relating to the Account, including:
   1. Records of user activity for each connection made to or from the Account, including log files; messaging logs; the date, time, length, and method of connections; data transfer volume; user names; and source and destination Internet Protocol addresses; and
   2. Information about each communication sent or received by the Account, including the date and time of the communication, the method of communication, and the source and destination of the communication (such as source and destination email addresses, IP addresses, and telephone numbers).