| | |
|---|---|
| 1 | McGREGOR W. SCOTT<br>United States Attorney |
| 2 | ROBERT J. ARTUZ<br>Assistant United States Attorney |
| 3 | 501 I Street, Suite 10-100<br>Sacramento, CA 95814 |
| 4 | Telephone: (916) 554-2700<br>Facsimile: (916) 554-2900 |
| 5 | |
| 6 | Attorneys for Plaintiff<br>United States of America |
| 7 | |

**FILED**

MAR 05 2019



CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR SEARCH WARRANTS CONCERNING: | [PROPOSED] ORDER TO UNSEAL SEARCH WARRANTS AND SEARCH WARRANT AFFIDAVITS |
|---|---|
| SAMSUNG CELLPHONE (ITEM NUMBER 8) AND TWO APPLE IPHONE CELLPHONES (ITEM NUMBER 9) CURRENTLY LOCATED AT OFFICE OF THE INSPECTOR GENERAL'S FRESNO SATELLITE OFFICE EVIDENCE SAFE, LOCATED AT 2440 TULARE STREET, SUITE 310, FRESNO, CA 93721 | 2:18-SW-0482 EFB<br><br>**SEALED** |
| INFORMATION ASSOCIATED WITH BERUCKG94@GMAIL.COM, BLAKEANDRE4@GMAIL.COM, BRIANCLARK096@GMAIL.COM, AND WILLHARR6@GMAIL.COM, THAT IS STORED AT PREMISES CONTROLLED BY GOOGLE LLC | 2:18-SW-0495 EFB |
| INFORMATION ASSOCIATED WITH BAMBER48@YAHOO.COM, CARRIE_DAY@YAHOO.COM, GSTEPHENS93@YAHOO.COM, HOWARDM909@YAHOO.COM, JBRYANT174@YAHOO.COM, JDAVIDS46@YAHOO.COM, KAYLAALLEN992@YAHOO.COM, AND WAYNEJOHNSON506@YAHOO.COM THAT IS STORED AT PREMISES CONTROLLED BY YAHOO! INC. | 2:18-SW-0496 EFB |

ORDER TO REQUEST TO UNSEAL SEARCH
WARRANTS AND SEARCH WARRANT
AFFIDAVITS

1

| | |
|---|---|
| 1  INFORMATION ASSOCIATED WITH APPLE ID BTSPRESENTS@ICLOUD.COM<br>2  THAT IS STORED AT PREMISES CONTROLLED BY APPLE, INC.<br>3 | 2:18-SW-0497 EFB |
| 4  INFORMATION ASSOCIATED WITH DARRON DIMITRI ROSS THAT IS STORED<br>5  AT PREMISES CONTROLLED BY APPLE, INC.<br>6 | 2:18-SW-0537 EFB |
| 7  INFORMATION ASSOCIATED WITH MOBILE PHONE NUMBERS 704-430-4344<br>8  AND 980-254-1979 THAT IS STORED AT PREMISES CONTROLLED BY AT&T<br>9  CORPORATION | 2:18-SW-0538 EFB |
| 10  INFORMATION ASSOCIATED WITH MOBILE PHONE NUMBER 916-710-3366<br>11  THAT IS STORED AT PREMISES CONTROLLED BY T-MOBILE US, INC.<br>12 | 2:18-SW-0539 EFB |
| 13  INFORMATION ASSOCIATED WITH XROSS114@GMAIL.COM AND<br>14  DIMITRIGLEN85@GMAIL.COM, THAT IS STORED AT PREMISES CONTROLLED BY<br>15  GOOGLE LLC | 2:18-SW-0892 EFB |
| 16  IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA<br>17  FOR AN ORDER PURSUANT TO § 2703(d) RE: EMAIL ACCOUNTS IDENTIFIED BY<br>18  BTSPRESENTS@GMAIL.COM AND SACLIVEPRESENTS@GMAIL.COM<br>19 | 2:18-SW-0511 EFB |

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the files in the above-captioned matters be, and are, hereby ordered unsealed.

Dated: 3/5/19

The Honorable Allison Claire
UNITED STATES MAGISTRATE JUDGE